IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., a Texas corporation, § § § Plaintiffs, § § v. § § WZ COMMUNICATIONS, INC, a Florida corporation. § § § Defendants. § | Case No. 2:13-cv-403 **JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff ExitExchange Corporation ("ExitExchange") states that it is the wholly-owned subsidiary of ExitExchange Corporation, an Oregon corporation. There is no publicly held corporation that owns 10% or more of ExitExchange's corporate stock.

Respectfully submitted,

Dated: May 10, 2013

By: /s/ Elizabeth L. DeRieux
Susan D. Pitchford
(*To Be Admitted Pro Hac Vice*)
Kevin L. Russell
(*To Be Admitted Pro Hac Vice*)
CHERNOFF VILHAUER LLP
601 SW Second Avenue
Suite 1600
Portland, OR 97204
Telephone: (503) 227-5631
Facsimile: (503) 278-4373
Email: sdp@chernofflaw.com
Email: Kevin@chernofflaw.com

S. Calvin Capshaw  
State Bar No. 03783900  
Elizabeth L. DeRieux  
State Bar No. 05770585  
Jeffrey D. Rambin  
State Bar No. 00791478  
CAPSHAW DERIEUX, L.L.P.  
114 E. Commerce Ave.  
Gladewater, Texas 75647  
Telephone: (903) 236-9800  
Facsimile: (903) 236-8787  
Email: ccapshaw@capshawlaw.com  
Email: ederieux@capshawlaw.com  
Email: jrambin@capshawlaw.com  

ATTORNEYS FOR PLAINTIFF  
EXITEXCHANGE, CORP.