IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP., a Texas corporation, | § § § | Case No. 2:13-cv-403 |
| Plaintiffs, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| WZ COMMUNICATIONS, INC, a Florida corporation. | § § § | |
| Defendants. | § § | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, D. Jeffrey Rambin, enters his appearance in this matter as counsel for Plaintiff, EXITEXCHANGE CORP., for the purpose of receiving notices and orders from the Court.

Respectfully submitted,

Dated: May 15, 2013

By: /s/ D. Jeffrey Rambin
Susan D. Pitchford
(*To Be Admitted Pro Hac Vice*)
Kevin L. Russell
(*To Be Admitted Pro Hac Vice*)
CHERNOFF VILHAUER LLP
601 SW Second Avenue
Suite 1600
Portland, OR 97204
Telephone: (503) 227-5631
Facsimile: (503) 278-4373
Email: sdp@chernofflaw.com
Email: Kevin@chernofflaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux

>State Bar No. 05770585
>Jeffrey D. Rambin
>State Bar No. 00791478
>CAPSHAW DERIEUX, L.L.P.
>114 E. Commerce Ave.
>Gladewater, Texas 75647
>Telephone: (903) 236-9800
>Facsimile: (903) 236-8787
>Email: ccapshaw@capshawlaw.com
>Email: ederieux@capshawlaw.com
>Email: jrambin@capshawlaw.com
>
>ATTORNEYS FOR PLAINTIFF
>EXITEXCHANGE, CORP.

## CERTIFICATE OF SERVICE

 I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this May 15, 2013 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

>/s/ D. Jeffrey Rambin
> D. Jeffrey Rambin