UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.:  2:13-cv-403

Name of party requesting extension:  WZ Communications, Inc.

Is this the first application for extension of time in this case?   [x] Yes
[ ] No

If no, please indicate which application this represents:   [ ] Second
[ ] Third
[ ] Other _____

Date of Service of Summons:  05/28/13

Number of days requested:   [ ] 30 days
[ ] 15 days
[x] Other  9  days

New Deadline Date:  06/27/13    *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name:  Elizabeth L. DeRieux
State Bar No.:  05770585
Firm Name:  Capshaw DeRieux, LLP
Address:  114 E. Commerce Ave.
Gladewater, Texas 75647

Phone:  903-236-9800
Fax:  903-236-8787
Email:  ederieux@capshawlaw.com

A certificate of conference does not need to be filed with this unopposed application.