UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:13-cv-403

Name of party requesting extension: WZ Communications, Inc.

Is this the first application for extension of time in this case?  ☐ Yes  ☒ No

If no, please indicate which application this represents:  ☒ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 05/28/13

Number of days requested:  ☐ 30 days  ☒ 15 days  ☐ Other ____ days

New Deadline Date: 07/12/13   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Elizabeth L. DeRieux
State Bar No.: 05770585
Firm Name: Capshaw DeRieux, LLP
Address: 114 E. Commerce Ave.
Gladewater, Texas 75647

Phone: 903-236-9800
Fax: 903-236-8787
Email: ederieux@capshawlaw.com

A certificate of conference does not need to be filed with this unopposed application.