UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| EXITEXCHANGE CORP., | |
| Plaintiffs, | CIVIL ACTION NO. |
| | 2:13-cv-00403-JRG |
| v. | |
| WZ COMMUNICATIONS, INC., | |
| Defendant. | |

**[PROPOSED] ORDER**

On this day came to be heard Defendant WZ Communications, Inc.'s Motion to Dismiss pursuant to Rule 12(b)(6), requesting the Court to dismiss Plaintiff ExitExchange Corp.'s claims for patent infringement.  The Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Defendant WZ Communications, Inc.'s Motion to Dismiss is GRANTED and that Plaintiff ExitExchange Corp.'s claims for patent infringement are hereby DISMISSED in all respects, with prejudice.