IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP. a Texas corporation | § § | |
| *Plaintiff*, | § § | |
| vs. | § | Case 2:13-cv-00403-JRG |
| | § | |
| WZ COMMUNICATIONS, INC.., | § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § | |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

Came on for consideration Defendant WZ Communication, Inc.'s Motion to Dismiss (Dkt. 13).

The Court finds it to be without merit, and is therefore DENIED.