UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WZ COMMUNICATIONS, INC., <br><br> Defendant. | CIVIL ACTION NO. <br> 2:13-cv-00403-JRG <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT WZ COMMUNICATIONS, INC.'S JOINDER TO DEFENDANTS KAYAK SOFTWARE CORPORATION'S, TRIPADVISOR, INC.'S AND TRAVELOCITY.COM LP'S MOTIONS TO STAY LITIGATION PENDING REEXAMINATION OF THE PATENT-IN-SUIT**

Defendant WZ Communications, Inc. ("WZ"), by and through the undersigned counsel hereby submits this joinder to Defendants Kayak Software Corporation's ("Kayak") *(2:13-CV-00397; Dkt. No. 15);* TripAdvisor, Inc.'s ("TripAdvisor") *(2:13-cv-00406; Dkt. No. 16);* and Travelocity.com LP's ("Travelocity") *(2:13-cv-00404; Dkt. No. 17)* Motions to Stay Litigation Pending Reexamination of the Patent-in-Suit, and incorporates herein, the arguments made by Kayak, TripAdvisor and Travelocity in their Motions to Stay, which were filed on July 8, 2013 and July 29, 2013, respectively. Accordingly, WZ specifically joins in support of the arguments made by Kayak, TripAdvisor and Travelocity in their Motions, as if fully set forth herein. For the reasons set forth in the Motions, WZ respectfully requests that the Court grant in the above-styled matter the same relief requested by Kayak, TripAdvisor and Travelocity in their respective Motions to Stay, and grant such other and further relief as the Court deems just and proper.

1

Dated: September 4, 2013

Respectfully submitted,

*/s/ Andrew W. Stinson*

Valentin Gurvits (*admitted pro hac vice*)
Matthew Shayefar (*admitted pro hac vice*)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:   (617) 928-1800
Fax:   (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Andrew W. Stinson
State Bar no. 24028013
Ramey & Flock, P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
Tel: (903) 597-3301
Fax: (903) 597-2413
astinson@rameyflock.com

ATTORNEYS FOR DEFENDANT
WZ COMMUNICATIONS, INC.

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that Defendant has complied with the meet and confer requirement in Local Rule CV-7. Specifically, on September 4, 2013, counsel of record for Defendant WZ Communications, Inc., Andrew W. Stinson, conferred with Elizabeth L. DeRieux, counsel for Plaintiff, concerning the relief requested and counsel for Plaintiff is opposed to the relief requested.

*/s/ Andrew W. Stinson*
Andrew W. Stinson

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 4, 2013 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                  */s/ Andrew W. Stinson*
                                                  Andrew W. Stinson