# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:13-CV-403 |
| | § | |
| WZ COMMUNICATIONS, INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Plaintiff, ExitExchange Corp. ("Plaintiff") respectfully requests that D. Jeffrey Rambin be permitted to withdraw as counsel of record for Plaintiff in this matter. No other changes are requested at this time regarding the other attorneys acting as Plaintiff's counsel of record.

Dated:  November 30, 2017                                  Respectfully submitted,

                                                  /s/ Elizabeth L. DeRieux

                                                  Elizabeth L. DeRieux
                                                  State Bar No. 05770585
                                                  Email: ederieux@capshawlaw.com
                                                  **CAPSHAW DERIEUX, LLP**
                                                  114 E. Commerce Ave.
                                                  Gladewater, Texas 75647
                                                  Telephone:  903-845-5770

                                                  **ATTORNEYS FOR EXITEXCHANGE CORP.**

## CERTIFICATE OF SERVICE

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this November 30, 2017 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                      /s/ Elizabeth L. DeRieux
                                         Elizabeth L. DeRieux